1  THOMAS M. HERLIHY (SBN 83615)
   JOHN T. BURNITE (SBN 162223)
2  SHIVANI NANDA (SBN 253891)
   WILSON, ELSER, MOSKOWITZ,
3     EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
4  San Francisco, California  94105
   Tel:   (415) 433-0990
5  Fax:   (415) 434-1370

6  Attorneys for Defendants
   NATIONWIDE INSURANCE COMPANY OF AMERICA
7  and ALLIED PROPERTY AND CASUALTY INSURANCE
   COMPANY (erroneously sued herein as Allied Insurance)
8

9                       UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11  DONALD NASHOLM and            )  CASE NO.:  2:09−CV−02322−LKK−GGH
    CASSANDRA NASHOLM             )
12                                )  **STIPULATION TO EXTEND TIME TO**
                                  )  **ANSWER OR OTHERWISE RESPOND**
13         plaintiffs,            )  **TO PLAINTIFFS' COMPLAINT AND**
                                  )  **ORDER**
14     v.                         )
                                  )
15  ALLIED INSURANCE, NATIONWIDE  )
    INSURANCE COMPANY OF AMERICA, )  Action Filed:  February 23, 2009
16  and DOES 1 to 50, inclusive,  )
                                  )
17         Defendants.            )
                                  )
                                  )
18

19     **IT IS HEREBY STIPULATED,** pursuant to Local Rules 6-144 and 83-143, by and

20  between plaintiffs Donald Nasholm and Cassandra Nasholm, and defendants Nationwide

21  Insurance Company of America ("Nationwide") and Allied Property and Casualty Insurance

22  Company (erroneously sued herein as Allied Insurance) ("Allied"), as follows:

23         1.     The parties have agreed that Nationwide and Allied will answer or otherwise

24  respond to the complaint on or before September 28, 2009.

25  ///

26  ///

27  ///

28  ///

PDF created with pdfFactory trial version www.pdffactory.com

2. This stipulated date for Nationwide and Allied to respond to the complaint will not alter the date of any event or any deadline already fixed by Court order.

Date: August 26, 2009     WILSON, ELSER, MOSKOWITZ,
                                         EDELMAN & DICKER LLP


                          By:  /s/ Thomas M. Herlihy
                                 THOMAS M. HERLIHY
                                 JOHN T. BURNITE
                                 SHIVANI NANDA
                                 Attorneys for Defendants
                                 ALLIED PROPERTY AND CASUALTY
                                 INSURANCE COMPANY and NATIONWIDE
                                 INSURANCE COMPANY OF AMERICA

Date: August 26, 2009     HAYDEL & ORNELLAS


                          By:  /s/ Douglas A. Haydel
                                 DOUGLAS A. HAYDEL
                                 Attorney for Plaintiffs
                                 DONALD NASHOLM and CASSANDRA
                                 NASHOLM

### ORDER

**IT IS SO ORDERED.**

Date: August 27, 2009

                          _____
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com

**PROOF OF SERVICE**

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND [PROPOSED] ORDER**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

¨ __: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

¨ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

¨ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

¨ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

þ : **Electronic E-Filing** – I caused the attached document to be electronically transmitted on the Eastern District website to the parties named below.

Douglas A. Haydel
HAYDEL & ORNELLAS
Professional Law Corporation
3350 Deer Park Drive, Suite A
Stockton, CA  95219
Tel:   (209) 956-5900

*Attorneys for Plaintiffs DONALD NASHOLM and CASSANDRA NASHOLM*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **August 27, 2009** at San Francisco, California.

   /s/ *Shivani Nanda*
   Shivani Nanda

PDF created with pdfFactory trial version www.pdffactory.com