1  THOMAS M. HERLIHY (SBN 83615)
   JOHN T. BURNITE (SBN 162223)
2  SHIVANI NANDA (SBN 253891)
   WILSON, ELSER, MOSKOWITZ,
3     EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
4  San Francisco, California  94105
   Tel:   (415) 433-0990
5  Fax:   (415) 434-1370

6  Attorneys for Defendants
   NATIONWIDE INSURANCE COMPANY OF AMERICA
7  and ALLIED PROPERTY AND CASUALTY INSURANCE
   COMPANY (erroneously sued herein as Allied Insurance)

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                        (SACRAMENTO DIVISION)

12

13  DONALD NASHOLM and              ) CASE NO.: 2:09-CV-02322-LKK-GGH
    CASSANDRA NASHOLM               )
14                                  )
                                    )
15         Plaintiffs,               ) **STIPULATION FOR DISMISSAL
                                    ) WITH PREJUDICE AND ORDER
       v.                           ) THEREON**
16                                  )
    ALLIED INSURANCE, NATIONWIDE    )
17  INSURANCE COMPANY OF AMERICA,   ) Action Filed:  February 23, 2009
    and DOES 1 to 50, inclusive,    )
18                                  )
         Defendants.                )
19                                  )
                                    )
20                                  )

21         It is hereby stipulated by and between the parties to this action, plaintiffs Donald Nasholm

22  and Cassandra Nasholm and defendants Nationwide Insurance Company of America and Allied

23  Property and Casualty Insurance Company (erroneously sued herein as Allied Insurance) through

24  their attorneys of record, Haydel & Ornellas on behalf of plaintiffs Donald Nasholm and

25  Cassandra Nasholm and Wilson, Elser, Moskowitz, Edelman & Dicker, LLP on behalf of

26  defendants Nationwide Insurance Company of America and Allied Property and Casualty

27  Insurance Company, that the above captioned action has settled, with the parties to bear their own

28

                                                 1
**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**
USDC EDCA Case No.: 2:09-CV-02322-LKK-GGH
475239-1

PDF created with pdfFactory trial version www.pdffactory.com

respective fees and costs, and the above captioned matter can be and hereby is dismissed with prejudice in its entirety pursuant to FRCP 41(a)(1).

**IT IS SO STIPULATED**

                                        HAYDEL & ORNELLAS

Dated: September 25, 2009        By:  /s/ *Douglas A. Haydel*
                                                    DOUGLAS A. HAYDEL
                                                    Attorneys for Plaintiffs
                                                    DONALD NASHOLM and CASSANDRA NASHOLM

Dated: September 25, 2009        WILSON, ELSER, MOSKOWITZ,
                                                     EDELMAN & DICKER LLP

                                          By:  /s/ *Thomas M. Herlihy*
                                                     THOMAS M. HERLIHY
                                                     JOHN T. BURNITE
                                                     SHIVANI NANDA
                                                     Attorneys for Defendants
                                                     NATIONWIDE INSURANCE COMPANY OF AMERICA and ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY (erroneously sued herein as Allied Insurance)

## ORDER

    Good cause appearing therefore, the Court dismisses with prejudice the entire action, each party to bear their own fees and costs.

**IT IS SO ORDERED.**

Date: September 28, 2009

                                                     LAWRENCE K. KARLTON
                                                     SENIOR JUDGE
                                                     UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com